# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF IDAHO

Twin Falls NSC, LLC

Plaintiff(s):

**DECLARATION OF SERVICE**

vs.

Defendant(s):

Case Number: 1:20-cv-00564-DCN

The Surgery Center, PLLC et al.

For:
Holland & Hart, LLP
800 W. Main St. #1750
Boise, ID 83702

Received by Tri-County Process Serving LLC on December 17, 2020 to be served on **THE SURGERY CENTER, PLLC**.

**I, Antonio Roque, state that on Sunday, December 20, 2020, at 12:25 PM**, I served the within named **The Surgery Center, PLLC** by delivering a true copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet** to Mary Amschel, Registered Agent, a person authorized to accept service on behalf of The Surgery Center, PLLC. Said service was effected at **651 NW 15th St., Meridian, ID 83642**.

Approximate description of Mary Amschel
Female  47 years old,  5' 4"  Tall,  150 lbs,  Blonde  Hair,  Brown  eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 186469
Client Reference: > Scott D. Hess

Monday, December 21, 2020

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

**ANTONIO ROQUE**